JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0494 JF |
|    Plaintiff, | |
| v. | STIPULATION AND XXXXXXXXXXX ORDER DOCUMENTING EXCLUSION OF TIME |
| BRIAN DUNNING, | |
|    Defendant. | |

     With the agreement of the parties in open court on July 22, 2010, and with the consent of the defendant Brian Dunning ("defendant"), the Court enters this order (1) setting a hearing before the Honorable Jeremy Fogel on August 19, 2010, at 9:00 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 22, 2010, to August 19, 2010. The Court finds and holds as follows:

     1.    The defendant appeared before the Court on July 22, 2010 for identification of counsel and arraignment. At the appearance on July 22, 2010, the Court scheduled the defendant's first appearances before the assigned district court judge, the Honorable Jeremy Fogel, for August 19, 2010 at 9:00 a.m.

     2.    At the hearing on July 22, 2010, government counsel stated that the government would be producing a large amount of discovery to the defense in advance of the August 19,

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]

2010 hearing. Counsel for the defendant will need time to review the discovery that will be produced and to investigate the case. Continuing the defendant's appearances until August 19, 2010 will give the defense an opportunity to accomplish this objective.

      3.     The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until August 19, 2010 is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 22, 2010 to August 19, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

      4.     Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on August 19, 2010, at 9:00 a.m. before the Honorable Jeremy Fogel; and (2) orders that the period from July 22, 2010 to August 19, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: August 2, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: August 2, 2010

_____/s/_____
WILLIAM J. KOPENY
Attorney for defendant Brian Dunning

IT IS SO ORDERED.

DATED: August 2, 2010

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]    -2-