# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Status Review, August 19, 2010     Time: 4 mins
**Case Number:** CR-10-00494-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Lee-Anne Shortridge

**TITLE:**     **UNITED STATES OF AMERICA V. BRIAN DUNNING**

**PLAINTIFF**             **DEFENDANT**

**Attorneys Present: Kyle Waldinger**          **Attorneys Present: William Kopeny**

PROCEEDINGS:

     Status review held. Counsel and defendant are present. Continued to 10/28/10 at 9:00 a.m. for further status review. 70 days are excluded for the reasons stated. The Court designates the case complex.