1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830

7 | Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

8

Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12

| UNITED STATES OF AMERICA, | ) | No. CR 10-0494 JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| BRIAN DUNNING, | ) | |
| Defendant. | ) | |

   With the agreement of the parties in open court on August 19, 2010, and with the consent of the defendant Brian Dunning ("defendant"), the Court enters this order (1) setting a hearing on October 28, 2010, at 9:00 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 19, 2010 to October 28, 2010. The Court finds and holds as follows:

   1.   The parties appeared before the Court on August 19, 2010. At that appearance, the parties informed the Court that the government had produced some discovery to the defendant, and that additional discovery (including electronic discovery) was still forthcoming. Based on the subject matter of the Indictment, the Court also found, and the parties agreed, that the case was complex. Counsel for the defendant will need additional time to review the discovery that has been and will be produced and to investigate the case. Continuing the

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]

1  defendant's appearances until October 28, 2010 will give the defense an opportunity to
2  accomplish this objective.
3      2.    The Court finds that, taking into the account the public interest in the prompt
4  disposition of criminal cases, granting the continuance until October 28, 2010 is necessary for
5  effective preparation of defense counsel and based on the complexity of the case.  <u>See</u> 18 U.S.C.
6  § 3161(h)(7)(B)(ii) & (iv).  Given these circumstances, the Court finds that the ends of justice
7  served by excluding the period from August 19, 2010 to October 28, 2010 outweigh the best
8  interest of the public and the defendant in a speedy trial.  <u>Id.</u> § 3161(h)(7)(A).
9      3.    Accordingly, and with the consent of the defendant, the Court (1) sets a hearing
10 on October 28, 2010, at 9:00 a.m.; and (2) orders that the period from August 19, 2010 to
11 October 28, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C.
12 §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(ii) and (iv).
13
14 SO STIPULATED.
15 DATED:     September 15, 2010               MELINDA HAAG
                                               United States Attorney
16
17
                                               _____/s/_____
18                                             KYLE F. WALDINGER
                                               Assistant United States Attorney
19
20
21 DATED:     September 15, 2010               _____/s/_____
                                               WILLIAM J. KOPENY
22                                             Attorney for defendant Brian Dunning
23
24 IT IS SO ORDERED.
25 DATED:     September _9_, 2010              _____
                                               JEREMY FOGEL
26                                             United States District Judge
27
28

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]        -2-