# UNITED STATES DISTRICT COURT

### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, October 28, 2010          Time: 2 mins
**Case Number:** CR-10-00494-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**          **UNITED STATES OF AMERICA V. BRIAN DUNNING**

**PLAINTIFF**                    **DEFENDANT**

**Attorneys Present: Kyle Waldinger**                    **Attorneys Present: William Kopeny**

---

PROCEEDINGS:

Further status review held. Counsel and defendant are present. Continued to 1/20/11 at 9:00 a.m. for further status review. 84 days are excluded for the reasons stated.