# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review, January 20, 2011          Time: 2 mins
**Case Number:** CR-10-00494-JF/PSG

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:**     **UNITED STATES OF AMERICA V. BRIAN DUNNING**

               **PLAINTIFF**                              **DEFENDANT**

    Attorneys Present: Matthew Parrella          Attorneys Present: William Kopeny

---

PROCEEDINGS:

Further status review held.  Counsel and defendant are present.  Continued to 5/19/11 at 9:00 a.m. for further status review.  Time is excluded for the reasons stated.