UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>V.<br>BRIAN DUNNING,<br>        Defendant. | Case Number CR-10-00494-JF<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Status hearing set on May 19, 2011 is continued to June 9, 2011 at 9:00 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 16, 2011                                       For the Court
                                                   Richard W. Wieking, Clerk

                                                   By:   /s/
                                                   Diana Munz
                                                   Courtroom Deputy Clerk