|    |                                                      |
|----|------------------------------------------------------|
| 1  | UNITED STATES DISTRICT COURT                         |
| 2  | NORTHERN DISTRICT OF CALIFORNIA                      |
| 3  | SAN JOSE DIVISION                                    |

| 5  | UNITED STATES OF AMERICA,  )   No. CR 10-00494 JF |
| 6  |    Plaintiff,              ) |
| 7  |    v.                      )   ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| 8  | BRIAN DUNNING,             ) |
| 9  |    Defendants.             ) |
| 10 | _____)   SAN JOSE VENUE |

This matter came before the Court for a status hearing on Thursday, June 9, 2011. Counsel for the government and the defendant were present.  Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the ends of justice served by granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as (1) this case is so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and (2) the defendants need additional time for investigation and effective preparation, including obtaining third-party discovery in this matter.

IT IS HEREBY ORDERED that this case is continued to Thursday, October 27, 2011 at 9:00 a.m. for trial setting or possible disposition.

IT IS FURTHER ORDERED that the period of time from June 9, 2011 through and including October 27, 2011 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 6/13/11

_____
JEREMY FOGEL
United States District Judge

ORDER

1 | Copies to be served on:
2 | MATTHEW A. LAMBERTI
  | Assistant United States Attorney
3 | 150 Almaden Boulevard, Suite 900
  | San Jose, California  95113
4 |
  | WILLIAM JAMES KOPENY
5 | 8001 Irvine Center Drive, Suite 400
  | Irvine, California  92618
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |