STEPHEN R. COOK, #204446
scook@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant BRIAN DUNNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN DUNNING,<br><br>　　　　Defendant. | CASE NO. CR-10-0494-EJD-1<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING TRIAL SETTING HEARING** |

TO: THE HONORABLE EDWARD J. DAVILA, UNITED STATES DISTRICT JUDGE:

　　The parties hereby stipulate to an order resetting the Trial Setting hearing from October 24, 2011, to November 7, 2011 in order to permit Defendant to attend a memorial service for his late sister on October 24, 2011. Concurrent herewith, Defendant has filed a stipulation and proposed order with Magistrate Judge Paul S. Grewal requesting the temporary return of his passport and authorization to travel to St. George's, Grenada from October 22, 2011 to October 25, 2011 in order to attend his sister's memorial service and the dedication of a small animal hospital in her honor. Counsel for the United States has stipulated to Defendant's travel request. Counsel for defendant Shawn D. Hogan in related case no. CR-10-00495-EJD-1, has confirmed his availability to attend a rescheduled Trial Setting hearing on November 7, 2011 at 1:30 p.m. in that related case.

Accordingly, the parties hereby request the Court reschedule the October 24, 2011 Trial Setting hearing to November 7, 2011 at 1:30 p.m. The parties further agree and stipulate that the period from October 24, 2011 until November 7, 2011 should be excluded from the Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(7)(A) and (B) because the ends of justice served by granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as (1) this case is so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and (2) Defendant needs additional time for investigation and effective preparation.

A Proposed Order is submitted herewith.

IT IS SO STIPULATED:

For Plaintiff – United States of America:

[signature]
MATTHEW A. LAMBERTI
Assistant United States Attorney

For Defendant, Brian Dunning:

/S/
STEPHEN R. COOK
Attorney for Defendant BRIAN DUNNING