UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>BRIAN DUNNING,<br>  Defendants. | No. CR 10-00494 EJD<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br>SAN JOSE VENUE |

This matter came before the Court for a status hearing on Monday, November 7, 2011. Counsel for the government and the defendant were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the ends of justice served by granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as (1) this case is so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and (2) the parties need additional time for investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to Monday, October 1, 2012 at 1:30 p.m. for a final pretrial conference and then Monday October 22, 2012 at 9:00 a.m. for trial.

IT IS FURTHER ORDERED that the period of time from November 7, 2011 through and including October 22, 2012 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: November 9, 2011

_____
EDWARD J. DAVILA
United States District Judge

ORDER