# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME: 8 mins**

## CRIMINAL MINUTES

**Judge: Edward J. Davila**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  September 17, 2012**                 **Court Reporter: Irene Rodriguez**
**Case No.: CR-10-00494-EJD'**              **U.S. Probation Officer: N/A**
**Related Case Nos.: N/A**                    **U.S. Pretrial Services Officer: N/A**
                                             **Interpreter:  N/A**

## CASE TITLE

**USA v.  Brian Dunning (NC)(P)**

## APPEARANCES

**Attorney(s) for Government**: Matthew Lamberti
**Attorney(s) for Defendant(s)**: Stephen Cook

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing held.  For the reasons stated on the record, the Court VACATED the previously set trial schedule.
The Court continued the matter to October 29, 2012 at 1:30 PM for Further Status/Trial Setting Hearing.  Time
excluded from September 17, 2012 through October 29, 2012 for effective preparation of counsel and case
complexity.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
**Original: Efiled**
**CC: J Younger**