```
                  UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION


UNITED STATES OF AMERICA,

         PLAINTIFF,              CASE NO.  CR-10-494-EJD

    VS.                          SAN JOSE, CALIFORNIA

BRIAN DUNNING,                   SEPTEMBER 17, 2012

         DEFENDANT.              PAGES 1 - 6



                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE


                     A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFF:     U.S. ATTORNEY'S OFFICE
                       BY:   MATTHEW LAMBERTI
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CA 95113


FOR THE DEFENDANT:     RUS, MILIBAND & SMITH
                       BY:   STEPHEN R. COOK
                       VON KARMAN TOWERS
                       2211 MICHELSON DRIVE, 7TH FLOOR
                       IRVINE, CALIFORNIA 92612


OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
                            CERTIFICATE NUMBER 8074


     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                          SEPTEMBER 17, 2012 |
| | 2 | P R O C E E D I N G S |
| | 3 | (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS |
| | 4 | WERE HELD:) |
| 02:28PM | 5 | THE CLERK: CALLING CASE NUMBER 10-494, UNITED |
| 02:28PM | 6 | STATES VERSUS BRIAN DUNNING. |
| 02:28PM | 7 | MR. LAMBERTI: GOOD AFTERNOON, YOUR HONOR. MATT |
| 02:28PM | 8 | LAMBERTI FOR THE UNITED STATES. |
| 02:28PM | 9 | THE COURT: GOOD AFTERNOON. |
| 02:28PM | 10 | MR. COOK: GOOD AFTERNOON, YOUR HONOR. STEVE COOK |
| 02:28PM | 11 | ON BEHALF OF MR. DUNNING WHO IS OUT OF COURT AND PRESENT AND |
| 02:28PM | 12 | NOT IN CUSTODY. |
| 02:28PM | 13 | THE COURT: THANK YOU. GOOD AFTERNOON. WHAT IS THE |
| 02:28PM | 14 | STATUS OF THINGS? |
| 02:29PM | 15 | MR. COOK: YOUR HONOR, THE CASE WAS CURRENTLY SET |
| 02:29PM | 16 | FOR TRIAL AT THE END OF OCTOBER. WE HAVE BEGUN DISCUSSIONS |
| 02:29PM | 17 | WITH THE GOVERNMENT AND AS TO A POTENTIAL SETTLEMENT. THOSE |
| 02:29PM | 18 | DISCUSSIONS ARE ONGOING, ALTHOUGH WE DON'T BELIEVE THAT WE CAN |
| 02:29PM | 19 | COMPLETE THEM IN ADVANCE OF TRIAL. SO WE WOULD LIKE TO |
| 02:29PM | 20 | CONTINUE THE TRIAL DATE TO ALLOW US TO COMPLETE THOSE |
| 02:29PM | 21 | DISCUSSIONS. |
| 02:29PM | 22 | MR. LAMBERTI: I WOULD AGREE WITH THAT, YOUR HONOR. |
| 02:29PM | 23 | THIS CASE IS QUITE A COMPLICATED CASE. IT'S SET FOR TRIAL. AS |
| 02:29PM | 24 | THE COURT KNOWS, THERE'S ACTUALLY ANOTHER CASE INVOLVING A |
| 02:29PM | 25 | DIFFERENT DEFENDANT, MR. HOGAN, THAT IS SET FOR TRIAL IN |

```
02:29PM  1   JANUARY.
02:29PM  2       I AM VERY HOPEFUL THAT WE CAN RESOLVE THIS CASE WITH THE
02:29PM  3   PRETRIAL DISPOSITION.  THERE HAVE BEEN SOME DISCUSSIONS AND
02:29PM  4   WE'RE HOPING TO RESOLVE THOSE QUICKLY.
02:29PM  5       SO I THINK THAT THERE'S A VERY REAL LIKELIHOOD THAT WE
02:29PM  6   COULD SETTLE THIS CASE WITHOUT A LENGTHY AND COMPLICATED TRIAL.
02:29PM  7   SO WE WOULD REQUEST THAT THE MATTER BE PUT OVER FOR TRIAL.
02:29PM  8       I HAVE A TRIAL SCHEDULED BEFORE THIS COURT STARTING
02:29PM  9   JANUARY 14TH, AND THAT'S IN THE HOGAN CASE.  THAT GOES TO
02:30PM 10   FEBRUARY 7TH.
02:30PM 11       SO WHAT I WOULD LIKE TO DO IS REQUEST A TRIAL DATE IN
02:30PM 12   APRIL IF THAT'S POSSIBLE AND THAT WOULD ALLOW THE GOVERNMENT A
02:30PM 13   CHANCE TO RESOLVE THIS CASE, AND WE'RE READY TO SIT DOWN WITH
02:30PM 14   THE DEFENDANT AND HIS LAWYER THIS WEEK OR NEXT WEEK SO THERE
02:30PM 15   MAY BE A RELATIVELY FAST DISPOSITION OR THERE MAY NOT BE.  I
02:30PM 16   THINK THAT DATE ALSO GIVES THE DEFENDANT AN OPPORTUNITY TO
02:30PM 17   PURSUE ANY MOTIONS HE MAY WANT TO PURSUE, AND I UNDERSTAND FROM
02:30PM 18   DISCUSSIONS THERE MAY BE A REQUEST FOR POSSIBLY AN
02:30PM 19   INTERNATIONAL DISPOSITION WHICH WOULD OBVIOUSLY REQUIRE SOME
02:30PM 20   AMOUNT OF TIME.
02:30PM 21       SO I THINK THAT THAT SETTING OUT THE DATE WOULD ALLOW THE
02:30PM 22   PARTIES TO RESOLVE THE CASE, AND IF NOT, IT WOULD GIVE AN
02:30PM 23   OPPORTUNITY FOR BOTH SIDES TO PREPARE FOR TRIAL.
02:30PM 24           THE COURT:  COUNSEL?
02:30PM 25           MR. COOK:  YOUR HONOR, WE AGREE THAT A CONTINUANCE
```

```
02:30PM   1    IS APPROPRIATE.  IDEALLY WE WOULD LIKE IT SET BEFORE THE HOGAN
02:30PM   2    TRIAL.  I UNDERSTAND GIVEN THE GOVERNMENT'S ANTICIPATED -- THE
02:31PM   3    LENGTH OF THE GOVERNMENT'S ANTICIPATED CASE THAT MAY NOT BE
02:31PM   4    POSSIBLE GIVEN THE COURT'S SCHEDULE, BUT IF IT'S POSSIBLE WE
02:31PM   5    WOULD LIKE IT.
02:31PM   6              THE COURT:  BEFORE TRIAL?
02:31PM   7              MR. COOK:  BEFORE TRIAL.
02:31PM   8              THE COURT:  TO KEEP THE CURRENT SCHEDULE.
02:31PM   9              MR. COOK:  UNFORTUNATELY THAT WOULDN'T GIVE US
02:31PM  10    ENOUGH TIME TO COMPLETE OUR DISCUSSIONS.
02:31PM  11              THE COURT:  WHAT IS THE TIME ESTIMATE FOR THIS
02:33PM  12    TRIAL?  LET'S SEE.  WE HAVE GIVEN YOU IT LOOKS LIKE ABOUT
02:33PM  13    EIGHT DAYS.
02:33PM  14              MR. LAMBERTI:  NO, YOUR HONOR.  I THINK OUR ORIGINAL
02:33PM  15    ESTIMATE WAS THREE TO FOUR WEEKS FOR THE TRIAL.  SO I THINK YOU
02:33PM  16    SCHEDULED US OCTOBER 22ND THROUGH NOVEMBER 8TH.
02:33PM  17              THE COURT:  IS THAT THE SAME TIME ESTIMATE?
02:33PM  18              MR. LAMBERTI:  YEAH, I THINK IT MAY BE SHORTER.  I
02:33PM  19    THINK THE COURT BUILT IN A FEW EXTRA DAYS.
02:33PM  20              THE COURT:  WELL, WE DON'T HAVE ANYTHING IN APRIL.
02:33PM  21      I THINK THE SOONEST WE COULD SET WOULD BE SOME TIME IN
02:33PM  22    JULY, I BELIEVE, IT IS.  IT MIGHT BE THE END OF MAY BUT JULY IS
02:34PM  23    THE EARLIEST THAT WE COULD SET A TRIAL OF THAT DURATION.
02:34PM  24      I WONDER IF THIS WOULD BENEFIT YOU JUST TO HAVE ME
02:34PM  25    CONTINUE IT FOR A SETTING AND WITHOUT SETTING A TRIAL DATE
```

02:34PM 1 TODAY.  WOULD THAT BE OF SOME HELP?

02:34PM 2 I RECOGNIZE THAT HAVING THE TRIAL DATE LOOMING ASSISTS THE
02:34PM 3 PARTIES IN RESOLUTION SOMETIMES.

02:34PM 4 MR. LAMBERTI:  WELL, I DON'T REALLY THINK THAT'S THE
02:34PM 5 ISSUE, YOUR HONOR.  I MEAN, THE CASE IS, YOU KNOW, IT'S A
02:34PM 6 COMPLICATED CASE SO I THINK THAT THERE MAY HAVE BEEN SOME
02:34PM 7 DISCUSSIONS -- I'M HOPEFUL THAT THE CASE MAY BE RESOLVED, AND
02:34PM 8 LIKE I SAID, I THINK IT'S JUST A MATTER FOR THE PARTIES TO SIT
02:35PM 9 DOWN AND WORK THROUGH SOME PROCEDURAL ISSUES.

02:35PM 10 SO WE WOULD REQUEST THAT THE TRIAL BE POSTPONED TO A DATE
02:35PM 11 CERTAIN AND THEN WE MAY ACTUALLY BE BACK BEFORE THE COURT IN A
02:35PM 12 MONTH OR SO TO RESOLVE THE CASE.

02:35PM 13 THE COURT:  SO WHY DON'T I SET THIS FOR A MONTH OUT
02:35PM 14 MINDFUL OF YOUR REQUEST FOR TRIAL, AND I'LL LOOK AT OUR
02:35PM 15 CALENDAR AND TRY AND PENCIL IN SOME DATES FOR US IN THE JULY
02:35PM 16 TIMEFRAME SO AS NOT TO LOSE THOSE.

02:35PM 17 SO CAN YOU COME BACK ON THE 29TH OF OCTOBER?  DO YOU THINK
02:35PM 18 THAT'S SUFFICIENT TIME TO ACCOMPLISH WHAT YOU NEED TO?

02:35PM 19 MR. COOK:  ON BEHALF OF THE DEFENDANT, YES, YOUR
02:35PM 20 HONOR, I THINK THAT'S SUFFICIENT.

02:35PM 21 MR. LAMBERTI:  OCTOBER 29TH?  SURE, WE CAN DO THAT.

02:35PM 22 THE COURT:  LET'S DO THAT.  OCTOBER 29TH,
02:35PM 23 OCTOBER 29TH, AT 1:30, BUT YOU WOULD LIKE TO VACATE THE TRIAL
02:35PM 24 DATES PREVIOUSLY SET?

02:35PM 25 MR. LAMBERTI:  YES, YOUR HONOR.

02:35PM 1    THE COURT: ALL RIGHT. OKAY. WE'LL VACATE THOSE
02:35PM 2    TRIAL DATES AND ALL OF THE OTHER DATES ATTACHED THERETO, AND
02:35PM 3    WE'LL CONTINUE THIS TO OCTOBER 29TH, OCTOBER 29TH, AT 1:30 FOR
02:36PM 4    STATUS, AND, OF COURSE, IF YOU ARE ABLE TO ACCOMPLISH
02:36PM 5    RESOLUTION BEFORE THE 29TH, FEEL FREE TO CONTACT MS. GARCIA AND
02:36PM 6    I'LL BE HAPPY TO GET YOU ON CALENDAR SPECIALLY SET IF YOU NEED
02:36PM 7    TO DO THAT AS WELL.
02:36PM 8        I'LL EXCLUDE TIME TO ALLOW FOR EFFECTIVE PREPARATION OF
02:36PM 9    COUNSEL. TIME IS EXCLUDED, AND WE'LL SEE YOU ON OCTOBER 29TH,
02:36PM 10   AT 1:30.
02:36PM 11       MR. LAMBERTI: I WOULD ALSO MENTION THE COURT
02:36PM 12   PREVIOUSLY FOUND THAT THIS IS AN EXTREMELY COMPLICATED CASE AND
02:36PM 13   SO TIME HAS BEEN INCLUDED ON THAT BASIS AS WELL.
02:36PM 14       THE COURT: YES, THIS IS A COMPLICATED CASE. YES.
02:36PM 15       MR. COOK: YES.
02:36PM 16       THE COURT: THANK YOU. YOU'RE WELCOME.
02:36PM 17   (COURT CONCLUDED.)
02:36PM 18

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

DATED: SEPTEMBER 27, 2012