UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME**: 11 mins

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   October 29, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-10-00494-EJD | **U.S. Probation Officer:** N/A |
| **Related Case Nos.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**   N/A |

### CASE TITLE

USA v.  Brian Dunning (NC)(P)

### APPEARANCES

**Attorney(s) for Government**: David Callaway
**Attorney(s) for Defendant(s)**: Stephen Cook

### PROCEEDINGS

Trial Setting

### ORDER AFTER HEARING

Hearing held.  The Court set the following pretrial and trial dates:

1. Final Pretrial Conference set for March 25, 2013 at 2:00 PM.
2. Jury Selection set for April 22, 2013 at 9:00 AM - 12:00 PM
3. Jury Trial set for
April 23, 2013
April 24, 2013
April 25, 2013
April 26, 2013 at 1:30 PM - 4:30 PM
April 29, 2013 at 9:00 AM - 12:00 PM
May 1, 2013
May 2, 2013 at 9:00 AM - 12:00 PM
May 3, 2013 at 1:30 PM - 4:30 PM
4. Jury Deliberations set for May 6, 2013 through May 8, 2013
Time excluded from October 29, 2012 through April 22, 2013 for effective trial preparation of counsel and case complexity.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: J Younger