MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00494 EJD |
| Plaintiff, ) | STIPULATION TO CONTINUE DATE FOR HEARING ON DEFENDANT'S |
| v. ) | MOTION TO SUPPRESS EVIDENCE |
| BRIAN DUNNING, ) | Date: February 25, 2013<br>Time: 3:00 p.m. |
| Defendant. ) | Before The Hon. Edward J. Davila |

The parties, through their respective counsel, hereby agree and stipulate as follows:

1. The parties would like to continue the date for the parties to appear on the captioned motion by one week, to Monday, March 4, 2013, at 3:00 p.m.

2. The grounds for the continuance are that the parties are engaged in discussions which, if they prove fruitful, might obviate the need for the motion to be heard at all. To permit the parties some breathing room, they respectfully ask that the hearing be continued one week, as set forth in the preceding paragraph, and that the government's date to respond to the motion, should a response be necessary, be continued to Tuesday, February 19, 2013, with any reply to be filed on or before Tuesday, February 26, 2013.

**STIPULATION AND ORDER**

/s/
STEPHEN R. COOK, ESQ.
Counsel for Brian Dunning
DATE: February 12, 2013

MELINDA HAAG
United States Attorney

/s/
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: February 12, 2013

## ORDER

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the captioned motion shall be heard on **Monday, March 25, 2013 at 3:00 p.m.,** before The Honorable Edward J. Davila, United States District Judge. The parties' opposition and reply dates shall be those set forth in the stipulation.

DATED:   2/13/2013


THE HON. EDWARD J. DAVILA
United States District Judge

**STIPULATION AND ORDER**                                    -2-