STEPHEN R. COOK, #204446
scook@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
BRIAN DUNNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 10-00494-EJD-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DATE FOR FILING OF REPLY IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| vs. | |
| BRIAN DUNNING, | JUDGE: Hon. Edward J. Davila |
| Defendant. | DATE: March 25, 2013 |
| | TIME: 3:00 p.m. |

TRIAL DATE: April 22, 2013

The parties, through their respective counsel, hereby agree and stipulate as follows:

1. The parties are engaged in active negotiations in an attempt to resolve this case and believe that further negotiation will be productive. The parties have previously sought "breathing room" within which to conduct their negotiations. Pursuant to the parties' requests, the Court previously moved the hearing date on Defendant's Motion to Suppress Evidence and the dates by which the government and Defendant were to file their opposition and reply memoranda, respectively.

2. To secure additional "breathing room" the parties request the Court extend the date by which Defendant must file his reply memorandum in support of his motion to suppress

evidence by one week, until March 18, 2013. This will give the Court a week to review the papers before the hearing date.

Respectfully submitted,

DATED: March 11, 2013         RUS, MILIBAND & SMITH
                              A Professional Corporation


                              By:    /s/
                                  _____
                                  STEPHEN R. COOK
                                  Attorneys for Defendant
                                  BRIAN DUNNING

DATED: March 11, 2013         MELINDA HAAG
                              United States Attorney



                              By:    /s/
                                  _____
                                  DAVID R. CALLAWAY
                                  Attorneys for Plaintiff


### ORDER

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's reply date shall be as set forth in the above stipulation.

DATED:    3/12   , 2013          /s/ Edward J. Davila
                                 _____
                                 THE HONORABLE EDWARD J. DAVILA
                                 United States District Judge