MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> BRIAN DUNNING, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 10-00494 EJD <br><br> STIPULATION TO CONTINUE DATES FOR PRETRIAL CONFERENCE AND HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE <br><br> Date:  March 25, 2013 <br> Time:  2:00 p.m. <br><br> Before The Hon. Edward J. Davila |

     The parties, through their respective counsel, hereby agree and stipulate as follows:

     1.    The parties wish to continue the date for the pretrial conference, as well as the date for hearing on defendant's motion to suppress statements and the date for defendant to file a reply brief in support of that motion. The parties would like to move both the pretrial conference and the hearing on the motion to suppress to **Monday, April 8, 2013, at 2:00 p.m.**, and ask that defendant's reply brief be filed on or before Monday, April 1, 2013.

     2.    The basis for the requested continuance is that the parties are hopeful that this matter will be resolved, in which case there would be no need to burden the Court with pretrial filings. The parties further agree that there is no need for a time exclusion, as time has previously been excluded

**STIPULATION AND ORDER**

1  through and including April 22, 2013, the date currently scheduled for trial.

3     /s/
4  STEPHEN R. COOK, ESQ.
   Counsel for Brian Dunning
   DATE: March 18, 2013

6  MELINDA HAAG
   United States Attorney

8     /s/
   DAVID R. CALLAWAY
9  Counsel for Plaintiff
   DATE: March 18, 2013

## ORDER [xxxxxx]

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the pretrial conference and hearing on defendant's motion to suppress statements shall be held on **Monday, April 8, 2013, at 2:00 p.m.,** before The Honorable Edward J. Davila, United States District Judge. Defendant may file a reply brief in support of the motion to suppress on or before April 1, 2013.

DATED: 3/19/2013

_____
THE HON. EDWARD J. DAVILA
United States District Judge

STIPULATION AND ORDER       -2-