1  STEPHEN R. COOK, #204446
   scook@rusmiliband.com
2  RUS, MILIBAND & SMITH
   A Professional Corporation
3  Seventh Floor
   2211 Michelson Drive
4  Irvine, California 92612
   Telephone: (949) 752-7100
5  Facsimile: (949) 252-1514

6  Attorneys for Defendant
   BRIAN DUNNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 10-00494-EJD-1 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| vs. | |
| BRIAN DUNNING, | DATE: April 8, 2013<br>TIME: 2:00 p.m. |
| Defendant. | COURT.: Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br>San Jose Federal Courthouse<br>280 South First Street<br>San Jose, CA 95113 |
| | TRIAL DATE: April 22, 2013 |

WHEREAS, Defendant Brian Dunning filed a Motion to Suppress Evidence (the "Motion") on January 30, 2013 (Dkt. No. 40);

The United States, by and through its counsel, AUSA David R. Callaway, and Defendant Brian Dunning, by and through his counsel, Stephen R. Cook, hereby STIPULATE that

1) the Motion shall be withdrawn from the docket; and

2) the April 8, 2013 hearing date on the Motion shall be vacated; and

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
United States v. Dunning, CR 10-00494-EJD-1

1    3) the stipulated withdrawal of the Motion is <u>without prejudice</u> to Defendant's ability to file
2    the Motion at any time in the future.

4    IT IS SO STIPULATED.

5    DATED: April 1, 2013          MELINDA HAAG
                                   United States Attorney

7                                  By:  /s/ David R. Callaway
8                                       DAVID R. CALLAWAY
                                        Assistant United States Attorney

10   IT IS SO STIPULATED.

11   DATED: April 1, 2013          RUS, MILIBAND & SMITH
                                   A Professional Corporation

13                                 By:  /s/ Stephen R. Cook
14                                      STEPHEN R. COOK
                                        Attorneys for Defendant
15                                      BRIAN DUNNING

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.
     The Pretrial Conference is scheduled for April 8, 2013 at 2:00 PM

20   DATED: April __2__, 2013
                                        HONORABLE EDWARD J. DAVILA
21                                      UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
United States v. Dunning, CR 10-00494-EJD-1