MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>              )<br>     Plaintiff,               )<br>              )<br>     v.               )<br>              )<br>BRIAN DUNNING,               )<br>              )<br>     Defendant.               )<br>              ) | No. CR 10-00494 EJD<br><br>STIPULATION TO CONTINUE<br>EVIDENTIARY HEARING<br><br>Date:   October 3, 2013<br>Time:   9:00 a.m.<br><br>Before The Hon. Edward J. Davila |

The parties stipulate as follows:

1.     The parties would like to continue the date for the evidentiary hearing from the above-scheduled time and date to **Thursday, January 23, 2014, at 9:00 a.m.**

2.     The reason is to allow the parties to continue to meet and confer in an effort to reach a stipulated loss and restitution figure, as well as to continue to have Mr. Dunning's hearing occur after that of related defendant Shawn Hogan (CR 10-00495 EJD). Mr. Hogan's evidentiary hearing was recently continued to December 11, 2013, primarily to permit the parties to participate in a settlement conference with The Honorable Laurel Beeler, United States Magistrate Judge. In light of the Christmas holiday, the next feasible date for Mr. Dunning's hearing is, the parties respectfully

**STIPULATION AND ORDER**

1  submit, the date we have agreed to.

2

3     /s/
   STEPHEN R. COOK, ESQ.
4  Counsel for Brian Dunning
   DATE: September 30, 2013

5

6  MELINDA HAAG
   United States Attorney

7

8     /s/
   DAVID R. CALLAWAY
9  Counsel for Plaintiff
   DATE: September 30, 2013

10

11 **<u>ORDER</u>** [xxxxxxx]

12     Based upon the foregoing Stipulation and good cause appearing,

13     IT IS HEREBY ORDERED that the evidentiary hearing, if one should prove necessary,

14 in the captioned case is continued to **Thursday, January 23, 2014, at 9:00 a.m.,** before The

15 Honorable Edward J. Davila, United States District Judge. The hearing currently scheduled to

16 occur on October 3, 2013, is hereby VACATED.

17 DATED: 10/1/2013

18 
                            THE HON. EDWARD J. DAVILA
19                          United States District Judge

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER**        -2-