STEPHEN R. COOK, #204446
scook@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive
Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendant
BRIAN DUNNING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 10-00494 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MOVE SENTENCING HEARING** |
| vs. | |
| BRIAN DUNNING, | Date: June 2, 2014<br>Time: 1:30 p.m. |
| Defendant. | Court: Hon. Edward Davila |

The parties stipulate as follows:

At the request of Mr. Dunning's counsel, the undersigned parties have agreed to continue the date for Mr. Dunning's sentencing from June 2, 2014 at 1:30 p.m. to August 4, 2014 at 1:30 p.m. The additional time is necessary for Mr. Dunning and his counsel to adequately prepare for the sentencing hearing. Mr. Dunning's counsel has confirmed that the proposed new date works for Mr. Benjamin Flores of the United States Probation Office.

Date: April 25, 2014

Respectfully submitted,


 /s/
─────────────────
STEPHEN COOK
Counsel for Brian Dunning

STIPULATION TO MOVE SENTENCING HEARING
United States v. Dunning, Case No. CR-10-00494-EJD

1

1 | MELINDA HAAG
United States Attorney

3 | ___/s/___
DAVID R. CALLAWAY
4 | Counsel for Plaintiff

## ORDER [proposed]

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing shall be held on August 4, 2014 at 1:30 p.m., before The Honorable Edward J. Davila, United States District Judge.

DATED: _____

HON. EDWARD J. DAVILA
United States District Judge

STIPULATION TO MOVE SENTENCING HEARING
United States v. Dunning, Case No. CR-10-00494-EJD
2