MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5596
    Fax:  (408) 535-5066
    E-Mail: David.Callaway@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-0494 EJD |
| Plaintiff, | OBJECTION TO DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL |
| v. | |
| BRIAN DUNNING, | Date: August 4, 2014 |
| Defendant. | Time: 1:30 p.m. |
| | Before The Honorable Edward J. Davila |

The government objects to Mr. Dunning's motion to file his entire sentencing memorandum and all of its exhibits under seal. The government would not oppose appropriate redactions necessary to protect private and sensitive information regarding family members (*e.g.*, p. 7, lines 7-26 of the memorandum itself, and the letters submitted to the Court by Mr. Dunning's two children), but a wholesale filing of the entire memorandum and all of its exhibits under seal is unnecessary and would

//

//

//

1 | deprive the public of information to which it is otherwise entitled.

2 | DATED:  July 29, 2014                          Respectfully submitted,

3 |                                                MELINDA HAAG
                                                   United States Attorney

5 |                                                _____/s/_____
                                                   DAVID R. CALLAWAY
6 |                                                Assistant United States Attorney

CR 10-0494 EJD
GOVT'S SENTENCING MEMORANDUM (Dunning)          2