UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 1 hr, 10 mins

## CRIMINAL MINUTES

**Judge:** Edward J. Davila
**Date:** August 4, 2014
**Case No.:** CR-10-00494-EJD
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

### CASE TITLE

USA v. Brian Dunning (NC)(P)

### APPEARANCES

**Attorney(s) for Government:** David Callaway
**Attorney(s) for Defendant(s):** Stephen Cook

### PROCEEDINGS

Sentencing Proceedings

### ORDER AFTER HEARING

Hearing held. The Court sentenced the defendant as to Count One of the Superseding Indictment. The Court committed the defendant to the following: 15 months BOP custody, THREE (3) years supervised release, $100 special assessment, no fine imposed. The Defendant shall self-surrender on September 2 2014 at 2:00 PM. All remaining counts are dismissed.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: